# EXHIBIT A

**EXEMPLARY CLAIM CHART FOR COMPLAINT**

| US9043375 B2 Claim 1 | Proctorio Originality Verification |
|---|---|
| 1. A computer-implemented method for detecting plagiarism between files, the method comprising: | **Originality Verification** <br> **Plagiarism detection** <br><br> By utilizing our Originality Verification tool, any institution can successfully enable a culture of integrity, improve learning outcomes, and protect the value of their online written assessments. <br><br> <https://proctorio.com/products/originality-verification> |

| | |
|---|---|
| | <br>Proctorio Originality Verification has a method for detecting plagiarism between files.<br>The reference includes subject matter disclosed by the claims of the patent after the priority date. |
| **US9043375 B2 Claim 1** | **Proctorio Originality Verification** |
| reading, by a computer system, an element from a matching element database, wherein the element in the matching element database is text that has been determined to exist in each of first and second files and an indication of a correlation between the first and second files; |  <br><https://proctorio.com/products/originality-verification><br>The reference describes reading an element from a matching element database, wherein the element in the matching element database is text that has been determined to exist in each of first and second files and an indication of a correlation between the first and second files. |
| **US9043375 B2 Claim 1** | **Proctorio Originality Verification** |

| | |
|---|---|
| sending, by the computer system, said element that has been determined to exist in each of first and second files to a search engine, wherein the search engine searches a plurality of sources for one or more hits of said element with respect to the plurality of sources; | <https://proctorio.com/products/originality-verification><br>The reference describes sending said element that has been determined to exist in each of first and second files to a search engine, wherein the search engine searches a plurality of sources for one or more hits of said element with respect to the plurality of sources. |
| **US9043375 B2 Claim 1** | **Proctorio Originality Verification** |

| | |
|---|---|
| receiving, by the computer system, from said search engine a number of the hits; | <br><https://proctorio.com/products/originality-verification><br>The reference describes receiving from said search engine a number of the hits. |
| **US9043375 B2 Claim 1** | **Proctorio Originality Verification** |

| | |
|---|---|
| displaying, by the computer system, to a user said element and said number of hits for said element as an indication of whether or not the correlation is due to plagiarism between the first and second files. | <br><https://proctorio.com/products/originality-verification><br>The reference describes displaying to a user said element and said number of hits for said element as an indication of whether or not the correlation is due to plagiarism between the first and second files. |