## CIVIL COVER SHEET ATTACHMENT

**Related Cases** (Including Present Action)

| Juris. | Date Filed | Case Name | Case Number |
| --- | --- | --- | --- |
| D.Del |  | Safe IP LLC v. Copyleaks, Inc. | Filed concurrently herewith |
| D.Del |  | Safe IP LLC v. Grammarly, Inc. | Filed concurrently herewith |
| D.Del |  | Safe IP LLC v. Proctorio, Inc. | Filed concurrently herewith |