# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAFE IP LLC ) | |
|     Plaintiff, ) | |
| ) | **Civil Action No.** |
| v. ) | |
| ) | |
| PROCTORIO INC., ) | |
|     Defendant. ) | |
| ) | **JURY TRIAL DEMANDED** |
| ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Safe IP, LLC ("Plaintiff") states that it is a limited liability company. It does not have a parent corporation and no publicly held corporation owns ten percent (10%) or more of its stock.

| Together with: | Respectfully submitted, |
|---|---|
| RAMEY & SCHWALLER, LLP | CHONG LAW FIRM PA |
| | |
| William P. Ramey, III (pro hac vice anticipated) | */s/ Jimmy Chong* |
| Texas Bar No. 24027643 | Jimmy Chong (#4839) |
| 5020 Montrose Blvd., Suite 800 | 2961 Centerville Road, Suite 350 |
| Houston, Texas 77006 | Wilmington, DE 19808 |
| (713) 426-3923 (telephone) | Telephone: (302) 999-9480 |
| (832) 900-4941 (fax) | Facsimile: (302) 800-1999 |
| wramey@rameyfirm.com | Email: patent@chonglawfirm.com |
| | |
| | ATTORNEYS FOR PLAINTIFF |