# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **SAFE IP LLC,** | Civil Action No.: 1:22-cv-00920-CFC |
| Plaintiff, | |
| v. | **TRIAL BY JURY DEMANDED** |
| **PROCTORIO, INC.** | |
| Defendant. | |

## AMENDED CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and this Court's April 18, 2022 Standing Order Regarding Disclosure Statements, Plaintiff Safe IP LLC hereby submits its Amended Corporate Disclosure Statement. Plaintiff states that it is a Texas limited liability company. It is owned 50% by Pueblo Neuvo, LLC (Hernan Perec owns 100% of Pueblo Nuevo, LLC), and owned 50% by Entente IP, LLC, (David Ghordanpoor owns 100% of Entente IP, LLC).

| | |
|---|---|
| Dated: September 2, 2022 | Respectfully submitted, |
| | CHONG LAW FIRM PA |
| Together with: | |
| | */s/ Jimmy Chong* |
| Ramey LLP | Jimmy Chong (#4839) |
| William P. Ramey, III (pro hac vice) | 2961 Centerville Road, Suite 350 |
| Texas Bar No. 24027643 | Wilmington, DE 19808 |
| 5020 Montrose Blvd., Suite 800 | Telephone: (302) 999-9480 |
| Houston, Texas 77006 | Facsimile: (302) 800-1999 |
| Telephone: (713) 426-3923 | Email: patent@chonglawfirm.com |
| Facsimile: (832) 900-4941 | |
| wramey@rameyfirm.com | ATTORNEYS FOR PLAINTIFF |