IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MISSED CALL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 22-739-CFC |
| | ) | |
| FRESHWORKS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| MISSED CALL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 22-740-CFC |
| | ) | |
| TALKDESK, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| MISSED CALL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 22-742-CFC |
| | ) | |
| TWILIO INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | |
|---|---|
| SAFE IP LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COPYLEAKS, INC., )<br>)<br>Defendant. ) | Civ. No. 22-918-CFC |

| | |
|---|---|
| SAFE IP LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GRAMMARLY, INC., )<br>)<br>Defendant. ) | Civ. No. 22-919-CFC |

| | |
|---|---|
| SAFE IP LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PROCTORIO, INC., )<br>)<br>Defendant. ) | Civ. No. 22-920-CFC |

## **MEMORANDUM ORDER**

Whereas the amended corporate disclosure forms filed in the above-captioned cases identify Hernan Perec and/or David Ghordanpoor as the owner of

2

a limited liability company that is alleged to own in whole or in part a named plaintiff; and

Whereas the Court has concerns about the accuracy of the amended corporate disclosure statements;

NOW THEREFORE, at Wilmington on this Twelfth day of September in 2022, it is HEREBY ORDERED that:

1. The Court will hold on October 24, 2022 at 9:00 a.m. an evidentiary hearing to determine whether the amended corporate disclosure statements are accurate;

2. The following individuals shall attend the hearing in person: Jimmy Chong; William P. Ramey, III; Hernan Perec; and David Ghordanpoor.

_____
CHIEF JUDGE