# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **SAFE IP LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**COPYLEAKS, INC.**<br><br>Defendant. | Civil Action No.: 1:22-cv-00918-CFC<br><br>**TRIAL BY JURY DEMANDED** |
| **SAFE IP LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**GRAMMARLY, INC.,**<br><br>Defendant. | Civil Action No.: 1:22-cv-00919-CFC |
| **SAFE IP LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**PROCTORIO, INC.,**<br><br>Defendant. | Civil Action No.: 1:22-cv-00920-CFC |

## PLAINTIFF'S STATEMENT REGARDING THIRD-PARTY LITIGATION FUNDING ARRANGEMENTS

Pursuant to this Court's April 18, 2022 Standing Order Regarding Third-Party Litigation Funding Arrangements, Plaintiff Safe IP LLC ("Plaintiff") hereby states that it has made arrangements with Ramey LLP, Plaintiff's lead counsel in

this litigation, and Jimmy Chong of Chong Law Firm PA, Plaintiff's local counsel in this litigation, to represent Plaintiff on a contingent basis.

Plaintiff further states that it does receive non-recourse funding from Ramey LLP only. Ramey LLP is a Texas LLP, with an address noted below. Ramey LLP provides legal advice and guidance, however Plaintiff makes all litigation decisions and has approval over settlement decisions.

The Chong Law Firm, PA solely provides recourse funding.

No other funding is received is received by Plaintiff.

Dated: September 22, 2022

Together with:

Ramey LLP
William P. Ramey, III (pro hac vice)
Texas Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone: (713) 426-3923
Facsimile: (832) 900-4941
wramey@rameyfirm.com

Respectfully submitted,

CHONG LAW FIRM PA

*/s/ Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (302) 800-1999
Email: patent@chonglawfirm.com

ATTORNEYS FOR PLAINTIFF