# THE CHONG LAW FIRM, P.A.

Licensed in:   Delaware, New Jersey, Pennsylvania

---

September 22, 2022

**<u>VIA ECF</u>**
Hon. Colm F. Connolly
United States Chief District Judge
District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Unit 31
Room 4124
Wilmington, Delaware 19801-3555

> RE: *Safe IP LLC v. Copyleaks, Inc.,* CA No. 1:22-cv-00918-CFC
> *Safe IP LLC v. Grammarly, Inc.,* CA No. 1:22-cv-00919-CFC
> *Safe IP LLC v. Proctorio, Inc.,* CA No. 1:22-cv-00920-CFC

Dear Judge Connolly:

    Plaintiff Safe IP LLC ("Plaintiff") hired each of the law firms Ramey LLP and Chong Law Firm PA on a contingency fee basis.  Plaintiff wishes to provide further disclosure under the Court's Standing Order Regarding Third Party Litigation Funding Arrangements.  After further investigation by the undersigned attorneys and discussion with Plaintiff, we determined that Plaintiff Safe IP LLC does receive non-recourse funding from the law firm Ramey LLP.  This is the only non-recourse funding for Plaintiff.  The Chong Law Firm PA solely provides recourse funding.  Plaintiff does not receive any further funding.

    Plaintiff respectfully requests clarification and guidance from the Court regarding any further documents or evidence that the Court would find helpful to review before or during the scheduled evidentiary hearing set by the Court's Memorandum Order (D.I. 22).  Plaintiff wishes to ensure that it will be fully responsive and that the requested information is available to the Court.

---

| **WILMINGTON, DE** | **LANSDALE, PA** | **PHILADELPHIA, PA** |
|---|---|---|
| **Delaware Mailing Address** | **Pennsylvania Mailing Address** | **No Mail** |
| 2961 Centerville Rd. Ste 350 | 100 W. Main St. Ste 420 | 1845 Walnut Street, Suite 1300 |
| Wilmington, DE 19808 | Lansdale, PA  19446 | Philadelphia, PA  19103 |
| T. 302-999-9480 | T. 215-909-5204 | T. 215-909-5204 |

FAX FOR ALL LOCATIONS: 302-800-1999

WWW.CHONGLAWFIRM.COM

If there are any further questions or concerns, please contact the undersigned Delaware attorney at the Court's convenience.

>Respectfully submitted,
>CHONG LAW FIRM PA
>
>*/s/ Jimmy Chong*
>Jimmy Chong (#4839)
>2961 Centerville Road, Suite 350
>Wilmington, DE 19808
>Telephone: (302) 999-9480
>Facsimile: (302) 800-1999
>Email: patent@chonglawfirm.com
>
>Together with:
>
>*/s/ William P. Ramey, III*
>William P. Ramey, III (pro hac vice)
>Ramey LLP
>Texas Bar No. 24027643
>5020 Montrose Blvd., Suite 800
>Houston, Texas 77006
>Telephone: (713) 426-3923
>Facsimile: (832) 900-4941
>wramey@rameyfirm.com