IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MISSED CALL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 22-739-CFC |
| | ) | |
| FRESHWORKS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| MISSED CALL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 22-740-CFC |
| | ) | |
| TALKDESK, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| MISSED CALL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 22-742-CFC |
| | ) | |
| TWILIO INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | |
|---|---|
| SAFE IP LLC,<br><br>      Plaintiff,<br><br>v.<br><br>COPYLEAKS, INC.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>) Civ. No. 22-918-CFC<br>)<br>)<br>)<br>)<br>) |
| SAFE IP LLC,<br><br>      Plaintiff,<br><br>v.<br><br>GRAMMARLY, INC.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>) Civ. No. 22-919-CFC<br>)<br>)<br>)<br>)<br>) |
| SAFE IP LLC,<br><br>      Plaintiff,<br><br>v.<br><br>PROCTORIO, INC.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>) Civ. No. 22-920-CFC<br>)<br>)<br>)<br>)<br>) |

**ORDER**

At Wilmington this 30th day of September 2022, the Court having set an evidentiary hearing for October 24, 2022;

IT IS HEREBY ORDERED that Hernan Arturo Perez Torrijos is required to attend the evidentiary hearing.

_____
CHIEF JUDGE