# THE CHONG LAW FIRM, P.A.

Licensed in: Delaware, New Jersey, Pennsylvania

October 12, 2022

**VIA ECF**
Hon. Colm F. Connolly
United States Chief District Judge
District of Delaware
J. Caleb Boggs Federal Building
844 North King Street, Room 4124
Wilmington, Delaware 19801-3555

    RE: *Safe IP LLC v. Copyleaks Inc.*, CA No. 1:22-cv-00918-CFC
            *Safe IP LLC v. Grammarly, Inc.*, CA No. 1:22-cv-00919-CFC
            *Safe IP LLC v. Proctorio, Inc.*, CA No. 1:22-cv-00920-CFC
            *Missed Call, LLC v. Freshworks, Inc.*, CA No. 1:22-cv-00739-CFC
            *Missed Call, LLC v. Talkdesk, Inc.*, CA No. 1:22-cv-00740-CFC
            *Missed Call, LLC v. Twilio Inc.*, CA No. 1:22-cv-00742-CFC

Dear Judge Connolly:

An in-person Evidentiary Hearing for the above cases is currently scheduled for October 24, 2022. The Court has ordered the undersigned attorney as well as William P. Ramey, Esq., Hernan Perez and David Ghordanpoor to attend the hearing. I write to provide your Honor with updated information on a logistical concern.

Hernan Arturo Perez Torrijos has 100% ownership interest in Missed Call, LLC and 50% ownership in Safe IP, LLC. Mr. Perez resides in Panama and is currently in Panama. Mr. Perez has applied to obtain a Visa to permit him to travel into the US to attend the hearing on October 24. However, his application for a Visa has not been successful to date. Mr. Perez visited the US Embassy in Panama requesting guidance how to obtain a Visa as soon as possible and was informed to provide the Court's Order scheduling the hearing in an email to the US Embassy with "Emergency" in the subject line. I am informed that he sent such email and

**WILMINGTON, DE**
**Delaware Mailing Address**
2961 Centerville Rd. Ste 350
Wilmington, DE 19808
T. 302-999-9480

**LANSDALE, PA**
**Pennsylvania Mailing Address**
100 W. Main St. Ste 420
Lansdale, PA 19446
T. 215-909-5204

**PHILADELPHIA, PA**
**No Mail**
1845 Walnut Street, Suite 1300
Philadelphia, PA 19103
T. 215-909-5204

FAX FOR ALL LOCATIONS: 302-800-1999

WWW.CHONGLAWFIRM.COM

provided all the requested documentation to the US Embassy on October 6, 2022, but still has not been scheduled for his Visa interview.

  As of today, we do not know if Mr. Perez will be granted a Visa Interview or receive the necessary Visa documentation to permit him to travel to the US.  If Mr. Perez does obtain a Visa in the next week, he intends to attend the hearing before your Honor on October 24.  If he cannot obtain a Visa, he will not be permitted to travel to the US.  In that case, Mr. Perez will make himself available remotely should the Court allow for his remote attendance at the hearing.  If that is not possible, Mr. Perez and I request this Court's guidance as to how best to proceed. .

  Please contact me if there is any additional information that you may require.  I will apprise the Court promptly if I receive confirmation that Mr. Perez obtained a Visa to permit travel from Panama into the US.

Respectfully submitted,

CHONG LAW FIRM PA

*/s/ Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (302) 800-1999
Email: patent@chonglawfirm.com